AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Plaintiff JAN

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-789

FILED DEC 22 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I, JAN White Coleman #00186376 declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant   ☐ Other   in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration  BAYLOR WOMENS CORRECTIONAL INST.

   Are you employed at the institution? ☐ Yes ☒ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. $14.10 per month Institution Job Dec 2005

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   |   |   |
   |---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes ☒ No |
   | e. | Gifts or inheritances | ☐ Yes ☒ No |
   | f. | Any other sources | ☒ Yes ☐ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?    ☐ Yes ☑ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes ☑ No

   If "Yes" describe the property and state its value.


6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   N/A


I declare under penalty of perjury that the above information is true and correct.

Date: 18 Dec 06          Signature of Applicant _____

Date : 12/16/2006
Time : 12:50

**Account Activity Ledger**
From: 06/01/2006 To: 12/16/2006

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00186376 | **Name** WHITE, JAN A | | | **Block** 8 | | | **Previous Balance** | | 51.21 |
| Sales Transaction | 06/06/2006 | 11:18 | I#82324 | | I | 11.78 | | | 39.43 |
| PRCESSED.REC.6/2 | 06/06/2006 | 14:41 | B#42419 | 348562 | D | | 20.00 | | 59.43 |
| ZOE.SUBS.FNDRSR.6/6 | 06/06/2006 | 15:51 | B#42422 | 348967 | W | | | -6.50 | 52.93 |
| ZOE.ICE.CREAM.FNDRSR | 06/06/2006 | 16:34 | B#42423 | 349337 | W | | | -5.00 | 47.93 |
| Sales Transaction | 06/13/2006 | 11:20 | I#82517 | | I | 13.16 | | | 34.77 |
| Sales Transaction | 06/20/2006 | 10:20 | I#82720 | | I | 21.74 | | | 13.03 |
| RPL.ID.CHG.6/21 | 06/21/2006 | 14:22 | B#42673 | 351191 | W | | | -4.00 | 9.03 |
| rec 06/26/06 | 06/26/2006 | 14:42 | B#42713 | 351644 | D | | 20.00 | | 29.03 |
| MCP.6/22 | 06/27/2006 | 14:39 | B#42733 | 351757 | W | | | -4.00 | 25.03 |
| ZOE.FNDRSR.7/13-CHIC | 06/30/2006 | 17:19 | B#42800 | 352723 | W | | | -8.25 | 16.78 |
| ZOE.FNDRSR.7/13.ICE. | 06/30/2006 | 18:11 | B#42801 | 353005 | W | | | -5.00 | 11.78 |
| Sales Transaction | 07/11/2006 | 11:23 | I#83453 | | I | 10.37 | | | 1.41 |
| PROCESSED.REC.7/17 | 07/18/2006 | 14:30 | B#43001 | 354716 | D | | 30.00 | | 31.41 |
| Sales Transaction | 07/25/2006 | 10:11 | I#83827 | | I | 17.56 | | | 13.85 |
| PROCESSED.REC.7/27 | 07/27/2006 | 16:24 | B#43126 | 356140 | D | | 10.00 | | 23.85 |
| PROCESSED.REC.7/27 | 07/27/2006 | 16:24 | B#43126 | 356142 | D | | 25.00 | | 48.85 |
| COMM.CRDT.7/28 | 07/28/2006 | 17:14 | B#43148 | 356444 | D | | 1.00 | | 49.85 |
| Sales Transaction | 08/01/2006 | 15:05 | I#84074 | | I | 26.63 | | | 23.22 |
| PRCSSED.REC.8/4 | 08/07/2006 | 14:10 | B#43251 | 357234 | D | | 20.00 | | 43.22 |
| ZOE.FNDRSR.PIZZA. | 08/07/2006 | 17:43 | B#43280 | 357709 | W | | | -7.00 | 36.22 |
| ZOE.ICE.CRM.FNDRSR. | 08/07/2006 | 18:17 | B#43281 | 358031 | W | | | -2.50 | 33.72 |
| Sales Transaction | 08/08/2006 | 10:12 | I#84297 | | I | 12.85 | | | 20.87 |
| recd 8/10 | 08/11/2006 | 10:04 | B#44146 | 358264 | D | | 20.00 | | 40.87 |
| test page | 08/11/2006 | 10:11 | B#44147 | 358265 | W | | | -40.87 | 0.00 |
| Void Wdr # 358265 - | 08/11/2006 | 10:11 | B#44147 | 358267 | W | | | 40.87 | 40.87 |
| rec 8/10/06 | 08/11/2006 | 11:19 | B#44154 | 358350 | D | | 10.00 | | 50.87 |
| rec 8/10/06 | 08/11/2006 | 11:19 | B#44154 | 358352 | D | | 10.00 | | 60.87 |
| rec 8/9/06 | 08/11/2006 | 11:40 | B#44161 | 358398 | D | | 10.00 | | 70.87 |
| Sales Transaction | 08/15/2006 | 16:15 | I#84481 | | I | 42.25 | | | 28.62 |
| Sales Transaction | 08/22/2006 | 07:42 | I#84679 | | I | 28.58 | | | 0.04 |
| PRCSSD.REC.8/27 | 08/28/2006 | 15:49 | B#44413 | 360370 | D | | 30.00 | | 30.04 |
| Sales Transaction | 09/05/2006 | 10:14 | I#85088 | | I | 23.62 | | | 6.42 |
| Sales Transaction | 09/12/2006 | 13:09 | I#85321 | | I | 5.56 | | | 0.86 |
| PRCSD.REC.10/20.FR.1 | 10/20/2006 | 12:50 | B#45392 | 366734 | D | | 25.00 | | 25.86 |
| Sales Transaction | 10/24/2006 | 10:15 | I#86648 | | I | 25.09 | | | 0.77 |
| PRCSD.RCD.10/26.FR.1 | 10/26/2006 | 14:46 | B#45524 | 367720 | D | | 20.00 | | 20.77 |
| PSTD.REC.11/2 | 11/02/2006 | 15:27 | B#45658 | 368674 | D | | 10.00 | | 30.77 |
| Sales Transaction | 11/07/2006 | 11:35 | I#87084 | | I | 29.89 | | | 0.88 |
| PRCSD.REC.11/24 | 11/27/2006 | 14:27 | B#46090 | 371624 | D | | 25.00 | | 25.88 |
| Sales Transaction | 11/28/2006 | 15:08 | I#87660 | | I | 25.47 | | | 0.41 |
| PRCSD.REC.12/8.FR.12 | 12/11/2006 | 11:34 | B#46351 | 373438 | D | | 25.00 | | 25.41 |
| Sales Transaction | 12/12/2006 | 11:39 | I#88059 | | I | 10.13 | | | 15.28 |
| MCP.12/9 | 12/12/2006 | 12:43 | B#46386 | 373913 | W | | | -4.00 | 11.28 |

|          |    |     |            |
|---------:|----|-----|-----------:|
| **Deposits** | 17 | For $ |  311.00 |
| **Withdraws** | 11 | For $ |  -46.25 |
| **Invoices** | 15 | For $ |  304.68 |

*Brenda P. Brown*
12/18/06

BRENDA P. BROWN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires October 17, 2009