(Rev. 4/97)

COPY

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

— 0 6 - 7 8 9 —

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

FILED
DEC 2 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JAN White Coleman #00186376
(Enter above the full name of the plaintiff in this action)

V.

Department of Corrections of the State of Delaware
Stanley Taylor, Commissioner / 245 McKee Rd Dover, De 19904

Department of Corrections of the State of Delaware
Paul Howard, Bureau Chief of Adult Corrections / 245 McKee Rd Dover De 19904

Department of Corrections of the State of Delaware
Patrick Ryan, Warden of Baylor Womens Correctional Institute / 660 Baylor Blvd New Castle, DE 19720

(Enter above the full name of the defendant(s) in this action)

CAPTAIN JOSEPH MOORE, SHIFT COMMANDER, OVERSEER GRIEVANCES
Department of Corrections of the State of Delaware
Baylor Womens Correctional Institute / 660 Baylor Blvd NEWCASTLE 19720
EMMANUEL WALKER, DIRECTOR CHIEF, BAYLOR WOMEN CORRECTIONAL INSTITU

FIRST CORRECTIONAL MEDICAL INC 1575 SUITE 201, DOVER DE 19904
DR. SiHagambeth Allie, Medical Director / Dr Arumar, Chronic Care Physi
PAWA BAKER, HEALTH Supervisor Administrator,

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      YES [ ]    NO [✗]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit

      Plaintiffs   N/A

      Defendants

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? _Verbal complaint, written complaint contacted Center of Justice thru correspondence_

2. What was the result? _1 grievance went to Level II, 1 grievance denied_

✱ D. If your answer is NO, explain why not _Never had handbook explaining grievance procedure until October 21 2006_

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

III. Parties

   (In item A below, place your name in the first blank and place your present address
   in the second blank. Do the same for additional plaintiffs, if any.)

   A.   Name of Plaintiff  Jan White Coleman #00186376

        Address  BWCI, 660 Baylor Blvd, New Castle De 19720

   (In item B below, place the full name of the defendant in the first blank, his official
   position in the second blank, and his place of employment in the third blank. Use
   item C for the names, positions, and place of employment of any additional defendants.)

   B.   Defendant  Stanley Taylor  is employed as  Commissioner Department of Corrections
        at  State of Delaware

   C.   Additional Defendants  Paul Howard, Bureau Chief of Adult Corrections, Department of Corrections, State of Delaware
        Patrick Ryan Warden, Baylors Womens Corr. Inst. Department of Corrections State of Delaware
        cont. Next Page

IV. Statement of Claim

   (State here as briefly as possible the facts of your case. Describe how each defendant
   is involved. Include also the names of other persons involved, dates, and places.
   Do not give any legal arguments or cite any cases or statutes. If you intend to allege
   a number of related claims, number and set forth each claim in a separate paragraph.
   Use as much space as you need. Attach extra sheet if necessary.)

   I HAVE TRIED TO EXPLAIN AS BRIEF AS POSSIBLE ON ATTACHED PAGES. 7 pages

-3-

United States District Court  Civil Rights Act 42 U.S.C. § 1983

## III. DEFENDANTS PARTIES

2

* Captain Joe Moore, Shift Commander / Grievance Officer
~~Baylor Womens Correctional Institute~~
~~Department~~ of Corrections State of Delaware

* Emmanuel Walker, Director Chief
Baylor Womens Correctional Institute
Department of Corrections, State of Delaware

First Correctional Medical INC

Dr. Sihagombeth Ali or Allie, Medical Director

Dana Baker, Health Supervisor Administrator

Dr. Arumar, Chronic Care Physician

I-7

① 0 FEB 05 2AM I EXPERIENCED NUMBNESS IN MY FEET & HANDS, ASSISTED BY A RASH COVERING MY BODY. C/O K CALLED MEDICAL. NURSE TAMMY? CALLED ME DOWN. TOOK MY VITALS ANALYZED ME CALLED DR. WHOM GAVE ME BENEDRYL HOUSED ME TO SEE NURSE PRACTIONER.

② 09 FEB 05  8AM 9AM  SAW NURSE PRACTIONER STEPHANIE REFERRED ME TO CHRONIC CARE DR. ARUMAR

③  10 AM 11 AM  NURSE BETH INFORMED ME TO GET READY TO SEE DR. I TURNED ON LIGHT TO FIND I WAS LAYING IN A DIRTY LINEN, 2 BAGS OF FOUL TRASH (3 weeks + OLD) DUST AND STORAGED MEDICAL EQUIPMENT ALERTED MENTAL HEALTH STAFF TINA EDMONDS TO WITNESS AND ASKED FOR A GRIEVANCE. WAS NOT GIVEN GRIEVANCE BUT TOLD THE DOCTOR WOULD BE SEEING (EXAMINING) ME IN ANOTHER ROOM.

③ cont

— DR AMOR EXAMINED ME TOLD ME I HAD SYMPTOMS OF THE FLU, GAVE ME IV FOR FLUIDS, BENEDRYL (SHOT) FOR RASH, LIQUID DIET, BED REST FOR 5 DAYS

* AS I EXITED EXAMING ROOM TO GO TO PREVIOUS ROOM → TO GET MY BELONGINGS ~~DANA~~ BAKER AND JEN WERE CLEANING, REMOVING EQUIPMENT, SANATIZING ROOM, (WHICH THEY HAVE PRISON INMATE ~~STAFF~~ WHO CLEAN EVERY DAY, AND HAD BEEN THERE TO CLEAN LOOKING IN MY ROOM, BUT PASSING IT BY.

④ 10FEB05  I AWOKE THE NEXT MORNING TO FIND I COULD ~~BARELY~~ WALK, GET OUT OF BED WITHOUT ASSISTANCE, MY GLANDS WERE SWOLLEN, THRUSH IN MY MOUTH AND COULDNT SWALLOW ANYTHING UNLESS IT WAS SOFT OR LIQUID. MY ROOMMATE CRYSTAL REED HELPED ME IN AND OUT OF BED WHILE NUMEROUS INMATES ESCORTED ME UP + DOWN STEPS

* From this Day until I was Admitted to St Francis, I Never received my liquid diet nor any other ~~Food~~ IN or MEAL BECAUSE THE KITCHEN or DIETICIAN HAD NOT RECEIVED AN ORDER FOR MY LIQUID DIET

3 of 7

Cont—

* Because I could barley get around and had not eaten as a result I dropped from 170pds to 145pds within 7-8 days and became extremely dehydrated.

(5) 11 FEB 05 — SYMPTOMS BECAME WORSE PUT IN SEVERAL SICK CALLS. DIFFERENT OFFICER'S CALLED INFIRMARY STATING I NEEDED MEDICAL ATTENTION

* ALSO I COMPLAINED TO NURSE BARBARA NURSE JANICE & NURSE           WHOM COULD PHYSICALLY SEE MY APPEARANCE DEGRADING EACH DAY. NEVER THE LESS I WAS TOLD TO CONTINUE TO TAKE MY MEDS AND I WAS DOWN TO SEE THE CHRONIC CARE DR.

* THESE SYMPTOMS PROGRESSED MY PHYSICAL APPEARANCE WAS DETERIORATING

⑥ 16 FEB 05 — FINALLY WAS EXAMINED BY DR ARMORO, BECAUSE CORPORAL JOHNSON CALLED CAPTAIN REPETTI WHOM IN TURN CALLED MEDICAL EXPLAINING I NEEDED TO SEE DOCTOR.

— DR ARMARO WHOM PREVIOUSLY INFORMED I HAD THE FLU, EXAMINED ME AND TOLD ME MORE THAN LIKLEY MY SYMPTOMS WERE THAT OF HIV and they WERE GOING TO DO BLOOD WORK HE ALSO ORDERED IV FOR FLUIDS, GAVE ME BENEDRYL SHOT BECAUSE MY RASH COVERED MY ENTIRE BODY. IN THE PROCESS OF DANA BAKER GIVING ME IV SHE FOULED UP AT LEAST 3 TIMES AT WHICH TIME THEY RAN OUT OF SUPPLIES TO DO THE IV.

★ DR. ARMORO FINALLY TOOK the INITIATIVE TO GET PERMISSION TO HAVE ME ADMITTED TO ST FRANCIS HOSPITAL

5 of 7

(17) 16 FEB 05 CONT — Corporal Reigns c/o Baucus transferred me to St Francis Emergency Room where I was Admitted For Seven Days

✻ During this time several officers witnessed my deteriorating physical condition And Appearance

✻ THE MEDICAL DIRECTOR ALLIE TOLD ME THEY WOULD BE TAKING SEVERAL TEST BUT MORE THAN LIKLEY MY SYMPTOMS WHERE THAT OF HIV

(18) 18 FEB 05 — A SKIN SPECIALIST CAME TO EVALUATE MY RASH ASKED ME ABOUT NEW MEDICATIONS I MAY HAVE BEEN ON I GAVE HIM ALL THE NAMES (WHICH WERE MANY) I Also STATED I WAS ON TEGROTOUL HE THEN TOLD ME THAT HE HAD SEEN ALLERGIC REACTION SUCH AS MINE LIKE THIS IN REGARD TO THAT MEDICATION

(8) cont — DR? TOOK ME OFF Tegratoyl AND ALL MEDICATION. D.O.C HAD ME ON SPACED OUT MEDICINES. AT WHICH TIME I BEGAN TO RECOOPERATE

(9) EVENTUALLY ALL BLOOD TEST RAN CAME BACK NEGATIVE.

★ Eventually MY RASH BEGAN TO DISAPPEAR AS WELL AS MY SYMPTOMS CLEARED UP AND I WAS MEDICALLY RELEASED FROM ST FRANCIS ON 22 FEB 06

(10) ALTHOUGH MY RASH VISIBLY DISAPPEARED I LOST FEELING IN MY BOTTOM LIP AND CHIN FOR EVERY BIT OF 5-6 MONTHS. MY SKIN WAS VERY SENSITIVE TO TOUCH AND PERFUMES AND CHEMICALS + DYES FOR UP TO 8 MONTHS + EVEN TO WATER AND SOAP. ALSO A FEELING OF BEE STINGS TO MY LEGGS PERIODICALLY. ALSO LOST TASTE BUDS

(11) ON SEVERAL OCCASSIONS I WROTE SICK CALLS TO COMPLAIN OF THESE OVERALL AFTER EFFECTS

(11) Cont - Dr Armora told me on more than one occassion Nothing was wrong with me. Finally I grieved Him. Which went to a class II grievance

※ I also contacted center of Justice whom helped me to At least get proper after care

(12) I also grieved Dana Baker "Health Supervisor Administrative" Because she tried to Blackmail me into disregarding or Misquoting that I had been housed in A Bed with Dirty Linen, that was Actually A storage room Filled with Trash and debries. That grievence was denied by Captain Joe Moore Because he said it would only go to her And she would dismiss it herself.

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Would like monitary compensation for pain & suffering malpractice, negligence, deliberate Indifference

Signed this 12 day of December, 2006

X _Jan White Colmer #00186376_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

12 Dec 06                         _Jan White Cole #00186376_
Date                              (Signature of Plaintiff)

DEC 12 2006

GEORGE P. O'CONNOR
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires December 4, 2007

_George P. O'Connor_

-4-



Jan White Coleman #00186376
% BWCI
660 Baylor Blvd
New Castle, DE 19850

Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King St
Wilmington, Delaware
19801