IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN WHITE COLEMAN | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Civil Action No. 06-789-*** |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| CHIEF ADULT PRISONS PAUL HOWARD, | ) |
| WARDEN/BWCI PATRICK RYAN, | ) |
| CAPTAIN JOSEPH MOORE, | ) |
| DIRECTOR CHIEF EMANUEL WALKER, | ) |
| MEDICAL DIRECTOR SIHAGOMBETH ALLIE,| ) |
| DANA BAKER | ) |
| | ) |
| | ) |
| Defendants. | |

**AUTHORIZATION**

I, Jan White Coleman, SBI #186376, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.37 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _I received FEBRUARY 2_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _February 8_, 2007.

_Jan White Coleman #186376_
Signature of Plaintiff

Date : 02/13/2007
Time : 14:46

**Account Activity Ledger**
From: 01/04/2005 To: 02/13/2007

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 00186376 | Name WHITE, JAN A | | Block 9 | | | | Previous Balance | | 13.03 |
| RPL.ID.CHG.6/21 | 06/21/2006 | 14:22 | B#42673 | 351191 | W | | | -4.00 | 9.03 |
| rec 06/26/06 | 06/26/2006 | 14:42 | B#42713 | 351644 | D | | 20.00 | | 29.03 |
| MCP.6/22 | 06/27/2006 | 14:39 | B#42733 | 351757 | W | | | -4.00 | 25.03 |
| ZOE.FNDRSR.7/13-CHIC | 06/30/2006 | 17:19 | B#42800 | 352723 | W | | | -8.25 | 16.78 |
| ZOE.FNDRSR.7/13.ICE. | 06/30/2006 | 18:11 | B#42801 | 353005 | W | | | -5.00 | 11.78 |
| Sales Transaction | 07/11/2006 | 11:23 | I#83453 | | I | 10.37 | | | 1.41 |
| PROCESSED.REC.7/17 | 07/18/2006 | 14:30 | B#43001 | 354716 | D | | 30.00 | | 31.41 |
| Sales Transaction | 07/25/2006 | 10:11 | I#83827 | | I | 17.56 | | | 13.85 |
| PROCESSED.REC.7/27 | 07/27/2006 | 16:24 | B#43126 | 356140 | D | | 10.00 | | 23.85 |
| PROCESSED.REC.7/27 | 07/27/2006 | 16:24 | B#43126 | 356142 | D | | 25.00 | | 48.85 |
| COMM.CRDT.7/28 | 07/28/2006 | 17:14 | B#43148 | 356444 | D | | 1.00 | | 49.85 |
| Sales Transaction | 08/01/2006 | 15:05 | I#84074 | | I | 26.63 | | | 23.22 |
| PRCSSED.REC.8/4 | 08/07/2006 | 14:10 | B#43251 | 357234 | D | | 20.00 | | 43.22 |
| ZOE.FNDRSR.PIZZA. | 08/07/2006 | 17:43 | B#43280 | 357709 | W | | | -7.00 | 36.22 |
| ZOE.ICE.CRM.FNDRSR. | 08/07/2006 | 18:17 | B#43281 | 358031 | W | | | -2.50 | 33.72 |
| Sales Transaction | 08/08/2006 | 10:12 | I#84297 | | I | 12.85 | | | 20.87 |
| recd 8/10 | 08/11/2006 | 10:04 | B#44146 | 358264 | D | | 20.00 | | 40.87 |
| test page | 08/11/2006 | 10:11 | B#44147 | 358265 | W | | | -40.87 | 0.00 |
| Void Wdr # 358265 - | 08/11/2006 | 10:11 | B#44147 | 358267 | W | | | 40.87 | 40.87 |
| rec 8/10/06 | 08/11/2006 | 11:19 | B#44154 | 358350 | D | | 10.00 | | 50.87 |
| rec 8/10/06 | 08/11/2006 | 11:19 | B#44154 | 358352 | D | | 10.00 | | 60.87 |
| rec 8/9/06 | 08/11/2006 | 11:40 | B#44161 | 358398 | D | | 10.00 | | 70.87 |
| Sales Transaction | 08/15/2006 | 16:15 | I#84481 | | I | 42.25 | | | 28.62 |
| Sales Transaction | 08/22/2006 | 07:42 | I#84679 | | I | 28.58 | | | 0.04 |
| PRCSSD.REC.8/27 | 08/28/2006 | 15:49 | B#44413 | 360370 | D | | 30.00 | | 30.04 |
| Sales Transaction | 09/05/2006 | 10:14 | I#85088 | | I | 23.62 | | | 6.42 |
| Sales Transaction | 09/12/2006 | 13:09 | I#85321 | | I | 5.56 | | | 0.86 |
| PRCSD.REC.10/20.FR.1 | 10/20/2006 | 12:50 | B#45392 | 366734 | D | | 25.00 | | 25.86 |
| Sales Transaction | 10/24/2006 | 10:15 | I#86648 | | I | 25.09 | | | 0.77 |
| PRCSD.RCD.10/26.FR.1 | 10/26/2006 | 14:46 | B#45524 | 367720 | D | | 20.00 | | 20.77 |
| PSTD.REC.11/2 | 11/02/2006 | 15:27 | B#45658 | 368674 | D | | 10.00 | | 30.77 |
| Sales Transaction | 11/07/2006 | 11:35 | I#87084 | | I | 29.89 | | | 0.88 |
| PRCSD.REC.11/24 | 11/27/2006 | 14:27 | B#46090 | 371624 | D | | 25.00 | | 25.88 |
| Sales Transaction | 11/28/2006 | 15:08 | I#87660 | | I | 25.47 | | | 0.41 |
| PRCSD.REC.12/8.FR.12 | 12/11/2006 | 11:34 | B#46351 | 373438 | D | | 25.00 | | 25.41 |
| Sales Transaction | 12/12/2006 | 11:39 | I#88059 | | I | 10.13 | | | 15.28 |
| MCP.12/9 | 12/12/2006 | 12:43 | B#46386 | 373913 | W | | | -4.00 | 11.28 |
| PRCSD.REC.12/22.FR.1 | 12/22/2006 | 16:29 | B#46578 | 374992 | D | | 30.00 | | 41.28 |
| HLDY.KT.12/27 | 12/27/2006 | 10:27 | B#46590 | 375381 | W | | | -6.00 | 35.28 |
| PRCSD.REC.12/28.FR.1 | 12/29/2006 | 10:44 | B#46654 | 375920 | D | | 30.00 | | 65.28 |
| PRCSD.REC.12/28.FR.1 | 12/29/2006 | 10:44 | B#46654 | 375922 | D | | 25.00 | | 90.28 |
| HLDY.KIT.12/29 | 12/29/2006 | 16:19 | B#46664 | 376099 | W | | | -12.00 | 78.28 |
| Sales Transaction | 01/02/2007 | 10:42 | I#88897 | | I | 20.87 | | | 57.41 |
| Sales Transaction | 01/09/2007 | 10:41 | I#89114 | | I | 30.28 | | | 27.13 |

Date : 02/13/2007
Time : 14:46

## Account Activity Ledger
From: 01/04/2005 To: 02/13/2007

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00186376 | **Name** WHITE, JAN A | | | **Block** 9 | | | **Previous Balance** | | 27.13 |
| PRCSD.REC.1/6 | 01/09/2007 | 15:53 | B#46819 | 377178 | D | | 30.00 | | 57.13 |
| REC 01/11/07 | 01/11/2007 | 16:28 | B#46902 | 377698 | D | | 40.00 | | 97.13 |
| Sales Transaction | 01/15/2007 | 11:37 | I#89320 | | I | 41.40 | | | 55.73 |
| Sales Transaction | 01/23/2007 | 14:50 | I#89499 | | I | 30.15 | | | 25.58 |
| REC 01/24/07 | 01/25/2007 | 12:05 | B#47146 | 379052 | D | | 40.00 | | 65.58 |
| COMM.CRDT.1/26 | 01/26/2007 | 16:56 | B#47193 | 379344 | D | | | 5.60 | 71.18 |
| Sales Transaction | 01/30/2007 | 13:16 | I#89689 | | I | 25.44 | | | 45.74 |
| Sales Transaction | 02/06/2007 | 10:41 | I#89935 | | I | 13.26 | | | 32.48 |
| Sales Transaction | 02/13/2007 | 12:04 | I#90155 | | I | 19.55 | | | 12.93 |

**Deposits**   75   **For** $    1,911.93
**Withdraws**  41   **For** $     -271.38
**Invoices**   69   **For** $    1,627.62

Jan White #186376
BWCI
660 Baylor Blvd.
New Castle, De 19720

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, De 19801-3570