To: Honorable Mary Pat Thynge
U.S. Magistrate Judge

From: Jan White-Coleman #00186396

Date: 14 February 07

Re: Civil Action No. 06-789
Prepay Filing Fee Order

FILED
FEB 16 2007

I received an order on February 02, 2007 in regard to Civil Action No. 06-789.

I was directed to sign a form and mail it in within 30 days.

Because I have extremely limited access to the Law Library I have yet to be able to have form copied, Notarized and mailed out.

However, I have written accounts to forward and deduct $10.37 requested and also have form notarized and mailed out.

Nonetheless I did this February 8th 2007 and have yet to hear from or receive copy saying it has been mailed to you.

I am requesting an extension from Honorable Mary Pat Thynge with hopes of a resolution.

Anything you can do would be greatly appreciated.

Jan White-Coleman #00186376
c/o BWCI
660 Baylor Blvd
New Castle, De 19720

WILMINGTON DE 197
15 FEB 2007 PM 2 L

Honorable Mary Pat Thynge
U.S. Magistrate Judge
United States District Court
844 N. King Street, Lock Box 18
Wilmington, De 19801-3570

19801+3570