OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE<br>19801<br>(302) 573-6170 |

March 30, 2007

TO: **D.J.B.W.C.I.**
**660 Baylor Blvd.**
**New Castle, DE 19720**

RE: **Return of Check for Filing Fees,**
    **Civ. No. 06-789 SLR**

Dear Sir or Madame:

Enclosed you will find check number 17301, in the amount of $10.00. It appears to have been issued on behalf of inmate Jan White Coleman. Pursuant to the Honorable Sue L. Robinson's Memorandum Order dismissing Ms. White's complaint without prejudice, Ms. White is not required to pay any previously assessed fees or the $350.00 filing fee.

Whereas, your office issued this check. The Clerk's office is returning it directly to you. Enclosed is a copy of the Court's Memorandum Order dismissing the case without prejudice. If you have any questions concerning this matter, please contact the Clerk's office.

                                    Sincerely,

/rpg                                PETER T. DALLEO
                                    CLERK

cc:  Jan White Coleman
     The Honorable Sue L. Robinson
     Financial Administrator

